# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAMUEL A. ZERVITZ | * | |
| v. | * | Civil No. – JFM-13-2499 |
| JP MORGAN CHASE BANK | * | |

## MEMORANDUM

Plaintiff has filed a motion to remand. The motion has been fully briefed. It will be granted.

I can imagine that if the issue presented had been raised in a different context, the parties may have taken a different position than the one that they have taken in connection with the motion to remand. Nevertheless, although the question is not entirely free from doubt, I am satisfied that plaintiff did limit its claim for monetary damages, including any claim for attorney's fees, to $74,000. Therefore, the amount in controversy is not sufficiently large to justify this court exercising jurisdiction over the case.

A separate order granting plaintiff's motion to remand and remanding the case to the Circuit Court for Baltimore City, Maryland, is being entered herewith.

Date: October 24, 2013    \_\_/s/_____
J. Frederick Motz
United States District Judge

1